1  Thiago M. Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Binyamin I. Manoucheri, SBN 336468
3  binyamin@wilshirelawfirm.com
   **WILSHIRE LAW FIRM, PLC**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989
7
   *Attorneys for Plaintiff and Proposed Class*
8
9  Daniel E. Gardenswartz, SBN 169749
   dgardenswartz@swsslaw.com
10 Mei-Ying M. Imanaka, SBN 280472
   mimanaka@swsslaw.com
11 **SOLOMON WARD SEIDENWURM & SMITH, LLP**
12 401 B Street, Suite 1200
   San Diego, California 92101
13 Telephone: (619) 231-0303
14 Facsimile: (619) 231-4755
15
   *Attorneys for Defendant*
16 MOR FURNITURE FOR LESS, INC.

17              **UNITED STATES DISTRICT COURT**
18
19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>MOR FURNITURE FOR LESS, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.: 2:21-cv-07788-DMG-ADS<br><br>CLASS ACTION<br><br>Hon. Judge Dolly M. Gee<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Complaint Filed: September 30, 2021<br>Trial Date:       None Set |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Portia Mason and Defendant Mor Furniture for Less, Inc. stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: February 15, 2022  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho, Esq.
Binyamin I. Manoucheri, Esq.
*Attorneys for Plaintiff and Proposed Class*

Dated: February 15, 2022  **SOLOMON WARD SEIDENWURM & SMITH, LLP**

*/s/ Harsh Y. Ronvelia*
Daniel E. Gardenswartz, Esq.
Mei-Ying M. Imanaka, Esq.
Harsh Y. Ronvelia, Esq.
*Attorneys for Defendant*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

Dated: February 15, 2022  **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*