UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOR FURNITURE FOR LESS, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV 21-7788-DMG (ADSx)<br><br>**ORDER RE DISMISSAL OF ACTION [23]** |

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff Portia Mason and Defendant Mor Furniture for Less, Inc.'s joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

DATED: February 18, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE